UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT WITZENBURG,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>STATE OF NEVADA, et al.,<br>　　　　　　　　　Defendants. | Case No. 3:24-cv-00041-MMD-CLB<br><br>ORDER |

**I.   DISCUSSION**

On September 30, 2024, the Court issued an order screening Plaintiff's complaint under 28 U.S.C. § 1915A. (ECF No. 6). The Court dismissed all of Plaintiff's claims and gave Plaintiff leave to file an amended complaint within 30 days. (*Id.* at 13-14). The Court explained that if Plaintiff did not file an amended complaint, the case would be subject to dismissal. (*Id.* at 14). Plaintiff filed a motion requesting an extension to file a first amended complaint. (ECF No. 8). The Court grant's Plaintiff's motion and will extend the deadline for Plaintiff to file an amended complaint until **December 2, 2024**. Baring unusual circumstances, the Court does not anticipate granting another extension.

**II.   CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff's motion for an extension to file a first amended complaint (ECF No. 8) is **GRANTED**. Plaintiff will file any first amended complaint on or before **December 2, 2024**.

It is further ordered that pursuant to the Court's previous screening order, if Plaintiff chooses not to file a first amended complaint, this action will be subject to dismissal.

DATED THIS __13__ day of November 2024.

_____
UNITED STATES MAGISTRATE JUDGE

1