UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| BRETT WITZENBURG, | Case No.: 3:24-cv-00041-MMD-CLB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | (ECF No. 3) |
| Defendants. | |

**I.    DISCUSSION**

Plaintiff, a former inmate in the custody of the Nevada Department of Corrections, previously filed an application to proceed *in forma pauperis* for inmates. (ECF No. 3). However, Plaintiff has filed an updated address indicating that he is no longer incarcerated. (ECF No.13). Therefore, the Court denies Plaintiff's application to proceed *in forma pauperis* for inmates as moot. The Court directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $405 on or before **June 2, 2025**.

**II.    CONCLUSION**

**IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* for inmates (ECF No. 3) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that, no later than **June 2, 2025**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

**IT IS FURTHER ORDERED** that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff

can file a complete application to proceed *in forma pauperis* for non-prisoners or pay the required filing fee.

DATED THIS <u>2nd</u> day of May 2025.

_____
UNITED STATES MAGISTRATE JUDGE